**Carol Vanerka STEPHENS, Appellant,**

v.

**ESTATE OF Raymond Clifford ULMER, deceased, Appellee.**

**No. 03–1699.**

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 5, 2003.

Decided Sept. 26, 2003.

Carol Vanerka Stephens, St. Paul, MN, for Plaintiff–Appellant.

Estate of Raymond Clifford, Estate of Raymond Clifford Ulmer, Burbank, IL, for Defendant–Appellee.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Carol Stephens appeals the district court's[1] dismissal of her civil action against the Estate of Raymond Clifford Ulmer. After de novo review, *see Charchenko v. City of Stillwater*, 47 F.3d 981, 982–83 (8th Cir.1995), we conclude that the district court properly dismissed Stephens's action for lack of subject matter jurisdiction. We decline to address the issues Stephens raises for the first time on appeal. *See Alexander v. Pathfinder, Inc.*, 189 F.3d 735, 742 (8th Cir.1999).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).